United States District Court
Southern District of Texas
**ENTERED**
October 02, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO.: **1:19-CR-673-01** |
| Roel Alanis | § | |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Defendant is charged with conspiracy to commit bribery of a public official, in violation of Title 18, United States Code, Section 371; bribery of public official—by corruptly giving/offering—in violation of Title 18, United States Code, Section 201(b)(1)(C) and Title 18, United States Code, Section 2. Dkt. No. 12. On September 21, 2019, Defendant filed an unopposed motion for continuance of all deadlines as counsel continue to work together to resolve discovery disputes without the Court's involvement. Defense Counsel's judicial conflicts have been noted. Waiver of Speedy Trial has been previously filed. Government is unopposed to the continuance Dkt. No. 22. This case has been previously continued.

Based on the foregoing, and pursuant to the provisions of The Speedy Trial Act, the Court hereby **CONTINUES** this case for **ninety (90)** days, finding that the "ends of justice served by taking such action outweigh the best interest of the public and [Defendant] in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Failure to grant such continuance would deny counsel for Defendant and the Government the "reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. at § 3161(h)(7)(B)(iv). The period of delay caused as a result of the granting of this motion shall be excluded in computing the time within which trial of this case must commence. Id. at § 3161(h).

This case is therefore **RESET** as follows:

| | |
|---|---|
| Motions due: | **November 29, 2019;** |
| Responses due: | **December 13, 2019;** |
| Motion Hearing before Judge Morgan: | **December 23, 2019, at 9:00 a.m.;** |
| Final Pretrial Conference before Judge Rodriguez: | **January 7, 2020 at 8:30 a.m.;** |
| Jury Selection before Judge Rodriguez: | **January 31, 2020 at 9:00 a.m.** |

DONE at Brownsville, Texas, this **23rd** day of **September**, 2019.

_____
Ronald G. Morgan
United States Magistrate Judge